[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 04-16012
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 21, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-01570-CV-ORL-18-DAB

MICHAEL ALLEN SANDERS,

Petitioner-Appellant,

versus

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL OF FLORIDA,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 21, 2006)**

Before BIRCH, CARNES and BRUNETTI[*], Circuit Judges.

PER CURIAM:

_____

[*] Honorable Melvin Brunetti, United States Circuit Judge for the Ninth Circuit, sitting by designation.

Because of Petitioner-Appellant's release from incarceration on April 6, 2006, this case is now moot. <u>See</u> <u>Lane v. Williams</u>, 455 U.S. 624, 633–34, 102 S. Ct. 1322, 1328 (1982). As a result, this Court and the district court lack subject matter jurisdiction over it. Accordingly, we dismiss this appeal, vacate the district court's judgment, and remand to the district court to dismiss this case as moot.

VACATED and REMANDED with instructions to DISMISS the case.